AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
| In the Matter of the Extradition of | )   Case No.  3:20MC68(SALM) |
| Piotr Jan GRABOWSKI a/k/a "Walerek" | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Piotr Jan GRABOWSKI a/k/a "Walerek"                                                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Pursuant to 18 U.S.C. § 3184, being a fugitive from Poland, which has requested extradition, under the extradition treaty between the United States and Poland, for (1) rape and (2) participating in a brawl or beating leading to injury, in violation of Polish criminal law.

Date:   08/26/2020                                           Sarah A. L. Merriam, U.S.M.J.   *Digitally signed by Sarah A. L. Merriam, U.S.M.J.*
                                                                                            *Date: 2020.08.26 14:34:32 -04'00'*
                                                                                            *Issuing officer's signature*

City and state:   New Haven, Connecticut                    Sarah A. L. Merriam, U.S. Magistrate Judge
                                                                                            *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                        _____
                                                                                            *Arresting officer's signature*

                                                                                            _____
                                                                                            *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Piotr Jan GRABOWSKI
Known aliases: "Walerek"
Last known residence: 189 Henry St. Greenwich, CT 06830
Prior addresses to which defendant/offender may still have ties: 42 Richland Ave. Greenwich, CT 06830

Last known employment:
Last known telephone numbers:
Place of birth: Poland
Date of birth: 12/10/1978
Social Security number:
Height:                                         Weight:
Sex: M                                          Race:
Hair:                                           Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address: United States Marshals Service

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: n/a