Case 3:20-mc-00068-SALM *SEALED*   Document 2   Filed 08/26/20   Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>In the Matter of the Extradition of<br>Piotr Jan GRABOWSKI a/k/a "Walerek"<br><br>*Defendant* | )<br>)   Case No.   3:20MC68(SALM)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Piotr Jan GRABOWSKI a/k/a "Walerek"

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Pursuant to 18 U.S.C. § 3184, being a fugitive from Poland, which has requested extradition, under the extradition treaty between the United States and Poland, for (1) rape and (2) participating in a brawl or beating leading to injury, in violation of Polish criminal law.

SEP 4 2020 PM4:03
FILED-USDC-CT-NEW_HAVEN

Date:   08/26/2020                                       Sarah A. L. Merriam, U.S.M.J.   Digitally signed by Sarah A. L. Merriam U.S.M.J.
                                                                                         Date: 2020.08.26 14:34:32 -04'00'
                                                                *Issuing officer's signature*

City and state:   New Haven, Connecticut                 Sarah A. L. Merriam, U.S. Magistrate Judge
                                                                *Printed name and title*

---

### Return

This warrant was received on *(date)* 8/26/20, and the person was arrested on *(date)* 8/28/20
at *(city and state)* Greenwich, CT

Date:   8/28/20

                                                                *Arresting officer's signature*

                                                         DUSM Adam Mackey
                                                                *Printed name and title*