# Exhibit B

September 15, 2020

Barry Szule
2930 W 5th Street Apt. 19K
Brooklyn NY 11224
646-232-7726
BSzule@aol.com

## Affidavit

To Whom It May Concern,

I am writing this letter on the reference of Piotr Grabowski.
Piotr has been my client and a family friend for over 10 years. I have my own accounting office where Piotr has been filing his taxes for a very long time.
It's been a pleasure to work with him. He is a very easy going person and extremely family oriented, on several occasions I met his sons. He enjoys spending time with them as his family is a priority.
Over the years our connection became very close and I was often guest at Piotr's house. The atmosphere was always very happy and Piotr plays a big role as a wonderful example to his kids. Hi is passionate and ambition human being and there is always a pleasure to work with him.
Please feel free to contact me for any further information.

State of New York    )
                     ) SS
County of NY         )

_Barry Szule_
Barry Szule

Sworn (or Affirmed) to before me
this 15 day of September, 2020

_Notary Public_
Notary Public

ARLEN LEIS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LE6189388
Qualified in Nassau County
My Commission Expires 06-23-2024

2

**Michael Mendelsohn**
**189 Henry Street**
**Greenwich, CT 06830**

Affidavit

September 14, 2020

To Whom it May Concern,

Re: Piotr Grabowski

I met Piotr (Peter) about 2 years ago when I first started dating his sister Margaret. Not long after, I moved in to live with Margaret, and I became a neighbor to Peter and his family. Margaret has always said she was close with Peter and it only took a few weeks as Peter's neighbor for me to understand why.

Although I felt like outsider to the family, Peter went out of his way to make me feel comfortable, always greeting me with a bright smile, and ready to drop everything he was doing to lend me a hand moving a couch or helping me finish a DIY project.

The Peter I grew to know is a devoted, loving husband who never missed 5pm dinner and can be found every night spending quality time with his wife Barbara in their home. A family man who leaves for work at crack of dawn to a demanding 12-hour day as contractor, but is never be too tired return home to play tag with his young children Thomas and Petey or kick around a soccer ball with his teenager Kacper.

Thank you for the opportunity to support my friend Peter Grabowski.

Sincerely,

*[signature]*

Michael Mendelsohn


Sworn (or Affirmed) to before me this 14th day of September 2020

*[notary signature]*

Notary Public

*[Notary seal: JOZEFINA PISTULLI, NOTARY PUBLIC, CONNECTICUT, My Commission Expires 04-30-2022]*

September **11**, 2020

Anna Maniowska
36 Betts Ave
Stamford, CT 06902
aniask81@yahoo.com
914.523.7069

## Affidavit

To Whom it May Concern,

I am writing this letter on behalf of Piotr Grabowski.

Piotr and his family have been my dearest friends for over 7 years.

We met when I used to live in Greenwich and we were very close neighbors. We visited each other on several occasions and spent many birthdays and holidays together.

When my mother was visiting me in the U.S., Piotr would help her anytime she needed him while I was traveling for work.

After I gave birth to my daughter Gabriella we spent countless hours at Piotr's house. Our youngest kids have been friends since they were born. Because I am a single mom I received help from Piotr and his family on many occasions to take care of my daughter, including having her picked up from daycare. My daughter knows Piotr very well and even calls him her uncle.

Piotr is a hardworking person who always puts his family first. He is an amazing father to his three boys: Kacper, Thomas and Peter. I have always been welcomed at their house along with my daughter who is turning 5 in three weeks. We were planning a birthday party and Piotr and his family were the only guests due to the pandemic.

I highly trust Piotr as he has played a big role in my daughter's life after her father abandoned her.

Sincerely,

*[signature]*
Anna Maniowska

Sworn (or Affirmed) to before me
this **11th** day of **SEPTEMBER**, 2020
*[signature]*
Notary Public

2

Lynda Derenzis
Notary Public-Connecticut
My Commission Expires
November 30, 2024

Lukasz and Sarah Dec

23 Sleepyhollow Dr

Norwalk, CT 06851

Lukas.dec@gmail.com

203-856-6710

September 14, 2020

## Affidavit

To Whom It May Concern,

    Piotr Grabowski is an example of what ever man should strive to be. He is a hardworking individual that puts the priorities of his family above everything else but is always willing to help someone in need. We met Piotr and his family through my parents but always considered him not only a friend but also a role model.

    As a new father I was able to turn to Piotr for advice on how to raise my own son. I witnessed firsthand of what a wonderful job he has done with his three boys. They look up to him and recognize that everything Piotr has done is in their best interest. He is a present father and is very gentle and patient which can be a challenge when dealing with a house of three energetic boys.

    Throughout the years that we have known Piotr we have spent many holidays together. He has always made us feel as if we were relatives and always welcomed us to his home with warmth and a smile. Piotr has always been there when it came to major life milestones in our lives. He helped us with set up during our wedding and was a calm presence that made us remember what

was truly important that day. When my wife was pregnant, Piotr helped out with out gender reveal party, he was willing set up the confetti canons so that we could cherish the moment when we found out that we were having a baby boy. At our baby shower he showed up early and helped set up the catering event thought we didn't ask for the help. He is the type of person that is always thinking ahead and anticipates what is needed. No job is beneath him and he is always ready to lend a hand.

Piotr is someone that we can always count on and I know we are not the only ones that feel this way about him. He is selfless, caring, supportive and driven, all characteristics that make him a wonderful father and friend.

Thank you.

*Sarah Dec*

Sarah Dec

Sworn (or Affirmed) to before me this 14th day of September 2020

*Varsha Trivedi*
Notary Public



*Lukasz Dec*

Lukasz Dec

Sworn (or Affirmed) to before me this 14th day of September 2020

*Varsha Trivedi*
Notary Public



September 14, 2020

Irena and Stanislaw Dec
14 Assisi Way
Norwalk, CT 06851
203-984-3727

## Affidavit

To Whom it May Concern,

    We met Piotr Grabowski in 2005 when we were doing an addition on our house. He was one of the framers that the contractor hired for the job. We started to talk and learned that he was from the same region of Poland. While he was working on our house, we saw firsthand how dedicated, driven and meticulous he was. His work ethic impressed us, and we asked if he would be willing to help us out on our remodeling project. We spent a lot of time working together and became good friends. We always valued his expertise and knowledge and whenever we needed help, he was there.

    Piotr's goal was to make sure that his family had a bright future and a better life than he did. While he worked very hard, he always found time for his children and tried to spend as much time with them as possible. Piotr valued education and wanted to make sure his boys were able to live in a good area with good school system.

    Piotr is very responsible and respectful. He works hard to provide for his family and came to the USA for the opportunity to live a life that he would not be able to have in his home country.

1

Thank you.

_Irena Dec_
Irena Dec

Sworn (or Affirmed) to before me
this 14 day of September, 2020

_signature_

Notary Public

_Stanislaw Dec_
Stanislaw Dec

Sworn (or Affirmed) to before me
this 14 day of September, 2020

_signature_

Notary Public

State of Connecticut County of Fairfield
Subscribed and sworn before me on 09/14/2020 (Date)
_Daniel A. Mazariego_ (Notary Signature)

DANIEL A MAZARIEGO
NOTARY PUBLIC
CONNECTICUT
MY COMMISSION EXPIRES OCT. 31, 2022

2

Tomasz and Ewelina Galas

20 Tanager Ln

Trumbull, CT 06611

203-912-8682

## Affidavit

We are writing a reference letter in support of Piotr Grabowski, and we stand behind everything that we have said in this letter. We have known Piotr for over a decade. My husband met him in 2006 when both worked on renovating the same property in Greenwich, CT. They developed a solid friendship over the past years, and Piotr has been the person we can always count on. They also belong to the same soccer club and meet on every Sunday to play. In addition, when we bought our first home, he was helping us with the major renovation in the house, as well as moving. Piotr Grabowski is our great family friend. He is very generous and kind. We know that he treats every person with respect, and our relationship is as we are family members. He has always been a very responsible and reliable person. He is married and loves his three children. He is dedicated husband and father. Furthermore, we really consider him as a nice person, and responsible businessman. After spending some time with him, we know he is hardworking and caring person overall.

It is a great honor to consider him to be a great friend. Please do not hesitate to contact us for any further information.

Sincerely,

_____

Tomasz Galas

Sworn (or Affirmed) to before me this 12th day of September, 2020

_____

Notary Public

MARY B. WALSH
NOTARY PUBLIC STATE OF CONNECTICUT
My Commission Expires August 31 2022

_[signature]_

Ewelina Galas

Sworn (or Affirmed) to before me
this 12th day of September 2020

_[signature]_
Notary Public

> **MARY B. WALSH**
> NOTARY PUBLIC STATE OF CONNECTICUT
> My Commission Expires August 31 2022

Michael J. Rychlik
3 Hackett Cir W 3A
Stamford, CT
( 203 ) 561-9681
mikerychlik@gmail.com

September 14th, 2020

To Whom It May Concern,

I am writing this letter on behalf of Piotr Grabowski. I am a 4th generation US Citizen with some Polish heritage.

Piotr reminds me of a young version of my grandfather. He has the ties to his Polish roots but is completely assimilated to life in the USA. He is a family man with strong moral values. He works hard to support his family and is an expert carpenter. On numerous occasions I have seen Peter in action. Working hard as a framer and showing concern for his fellows. He is an example for others.

There are times when would call Piotr at 8:30 or 9:00 PM and not get an answer. I would find out the next day that he was already in bed. He rises at sunrise with his small children and is exhausted by the end of the day due to the demanding work. His work ethic is probably one of the best I've seen and I am almost 60 years old and have been in the construction business since 1980. He is a hard worker and a family man.

I also have met Piotr's family. His wife Barbara and his three children. They are a wonderful happy family.

They are all very close with Piotr because when he's not working, he is always at home with them. I've had the pleasure of being at their house and enjoying some home made Polish food that I miss from when I was a kid.

Anyway, I hope I could be of some help to Piotr and his family in the future. I think that the way these people are, and the way they treat and respect others, they deserve a break in life. Hopefully with all of our prayers things will work out for them.

Sincerely,

*Michael J Rychlik*
Mike Rychlik


Sworn (or Affirmed) to before me
this 14 day of September 2020

*[signature]*
Notary Public and sworn to before me
this _____ day of _____, _____

NOTARY PUBLIC
DATE COMMISSION EXPIRES 11/2020