# Exhibit C



# Sacred Heart Church

95 Henry Street
Greenwich, CT 06830

Rectory: (203) 531-8730
Fax: (203) 531-8794

August 31, 2020

To Whom It May Concern,

Re: Piotr Grabowski

This is to certify that Mr. Piotr Grabowski of 189 Henry Street, Greenwich, CT is registered member of Sacred Heart Church in Greenwich, CT. Mr. Piotr Grawoski he and his wife Barbara and their children Kacper, Thomas and Peter are active members of this parish. His older son Kacper attended our Religious Education classes here and was an Altar Server. Mr. Piotr Grabowski with his family attended the Sunday Masses here. He has been very serviceable and sociable to our parishioners. It is noteworthy to mention that he worked at cleaning up one of the stained-glass windows in our church.

Sincerely,

*[signature]*

Rev. Bose Raja Selvaraj
Pastor

*[signature]*

KWOK WAI LAU
NOTARY PUBLIC
State of Connecticut
My Commission Expires 5/31/2023