# Exhibit A

## OŚWIADCZENIE POD PRZYSIĘGĄ

Ja niżej podpisana Maria Trwoga, z domu Janik (urodzona 12 luty 1983 r. w Leżajsku), pod groźbą odpowiedzialności karnej za składanie fałszywych zeznań oświadczam, jak następuje:

1. Zostałam wskazana, jako ofiara przestępstwa, jakie miało mieć miejsce w dniu 16 maja 2001 r.;
2. Sprawcy w osobach Piotra Grabowskiego oraz Ireneusza Zagaja zarzucanego przestępstwa zostali osądzeni i skazani za przestępstwo przeciwko wolności seksualnej;
3. Piotr Grabowski został skazany wyrokiem Sądu Okręgowego w Rzeszowie z dnia 3 października 2001 r. w sprawie o sygnaturze akt II K 54/01;
4. Wyrok skazujący Piotra Grabowskiego został podtrzymany przez Sąd Apelacyjny w Rzeszowie wyrokiem z dnia 20 grudnia 2001 r. w sprawie o sygnaturze akt II AKa 161/01;
5. Do zawiadomienia o przestępstwie zarzucanym Piotrowi Grabowskiemu i Ireneuszowi Zagaja sugerowała moja mama Janina Janik;
6. W rzeczywistości czyn zarzucany będący przedmiotem postępowania przez wskazanymi sądami został popełniony przez Ireneusza Zagaję a udział Piotra Grabowskiego w zdarzeniu był nieistotny i został nieprawidłowo ustalony przez Sąd Okręgowy jak i Apelacyjny;
7. W trakcie postępowania przed Sądem Okręgowym w trakcie moich zeznań w dniu 7 września 2001 r. zeznałam prawdę tj., że czynności seksualne z udziałem Piotra Grabowskiego odbyły się za moją zgodą. Dopiero późniejszy czyn jakiego dopuścił się Ireneusz Zagaja był przeciwko mojej woli za co został słusznie skazany;
8. Moje zeznania złożone na policji w dniu 17 maja 2001 r. zostały złożone po części, aby zachować twarz w sytuacji, w której się znalazłam. Moja mama proponowała abym wskazała Piotra Grabowskiego jako współsprawcę. Jego rodzina była bogata i znana w miejscowości, gdzie mieszkałam;
9. Swoje zeznania chciałam zmienić jeszcze przed wszczęciem postępowania przed sądem. Nie pozwolił mi jednak na to prokurator prowadzący sprawę Lucyna Pełka, która powiedziała mi, co okazało się nieprawdą, że nie mogę zmienić zeznań jakie złożyłam na policji;
10. Pani prokurator pouczyła mnie, że istnieje możliwość, że może oskarżyć mnie o składanie fałszywych zeznań, które zostały złożone w obecności funkcjonariusza policji, w przypadku zmiany zeznań w późniejszym etapie postępowania.
11. W trakcie postępowania przed Sądem uznałam jednak, że muszę przeciwstawić się zewnętrznym naciskom i powiedzieć sądowi prawdę, że Piotr Grabowski nie popełnił czynu, jaki został mu postawiony. Moje zmienione zeznania nie przyniosły niestety skutku.



PUSTA STRONA



12. Kiedy dowiedziałam się, że Piotr Grabowski wyjechał do USA uznałam, że nic mu już nie grozi, że jest bezpieczny i że nie będzie musiał niesłusznie odbyć wyrok wówczas nie podejmowałam dalszych działań, aby go uniewinnić;
13. Obecnie jednak wiem, że toczy się postępowanie ekstradycyjne wobec Piotra Grabowskiego i nie chcę, aby spotkała go w Polsce niesprawiedliwość;
14. Z tego też względu chcę ponownie podkreślić i oświadczyć, że Piotr Grabowski nie jest winien czynu zarzucanego mu w wyrokach skazujących Sądu Okręgowego w Rzeszowie i Sądu Apelacyjnego w Rzeszowie;
15. Do pomocy w przygotowaniu niniejszego oświadczenia wynajęłam niezależnego Adwokata w osobie Piotra Chmiel, aby pomógł mi w udzieleniu pomocy Piotrowi Grabowskiemu w postępowaniu w USA.

*Maria Trwoga*
Maria Trwoga



**PUSTA STRONA**



**KANCELARIA NOTARIALNA**
*Sławomir Szeliga*
**NOTARIUSZ**
37-300 Leżajsk, pl. Targowy 1
tel. 17 867 42 27, kom. 694 335 591
NIP: 816-166-30-75, REGON: 380678472

Repertorium A numer 1692/2020 ----------
NOTARIUSZ SŁAWOMIR SZELIGA PROWADZĄCY KANCELARIĘ NOTARIALNĄ W LEŻAJSKU PRZY PLACU TARGOWYM 1 (37-300 LEŻAJSK) ----------
Dnia drugiego października dwa tysiące dwudziestego roku (02-10-2020) w prowadzonej przeze mnie Kancelarii Notarialnej w Leżajsku przy Placu Targowym 1 ----------
**poświadczam**, że tego dnia na niniejszym dokumencie: *oświadczeniu pod przysięgą* ----------
w mojej obecności, w prowadzonej przeze mnie kancelarii, złożyła własnoręczny podpis: ----------
**Maria Trwoga**, córka Józefa i Janiny, według oświadczenia zamieszkała w miejscowości Stare Miasto numer 329 A (37-300 Leżajsk), legitymująca się dowodem osobistym numer CHC 522855 – ważnego do dnia 5 kwietnia 2028 roku, posiadająca numer PESEL 83021217626, ----------
której tożsamość stwierdziłem na podstawie powołanego wyżej dowodu osobistego. ----------
Pobrałem: ----------
1) tytułem taksy notarialnej na podstawie przepisu § 13 pkt 1) lit. b) rozporządzenia Ministra Sprawiedliwości z dnia 28 czerwca 2004 r. w sprawie maksymalnych stawek taksy notarialnej (t.j. Dz.U. z 2020 r. poz. 1473) kwotę: 16,26 złotych, ----------
2) tytułem podatku od towarów i usług na podstawie przepisu art. 41 ust. 1 oraz art. 146aa ust. 1 pkt 1) ustawy z dnia 11 marca 2004 roku o podatku od towarów i usług (t.j. Dz.U. z 2020 r. poz. 106 z późń. zm.) kwotę: 3,74 złotych. ----------
Łącznie pobrałem kwotę: 20,00 złotych. ----------

**NOTARIUSZ**
**Sławomir Szeliga**

Nr ...... leg. 225/20
Niniejszym poświadczam autentyczność podpisu
...... Sławomira Szeligi
notariusza w ...... Leżajsku
i pieczęci urzędowej notariusza w ...... Leżajsku
Dokonano wpłaty opłaty skarbowej w kwocie 26 zł
Rzeszów, dnia 8.10.2020 r.



WICEPREZES
SĄDU OKRĘGOWEGO
w Rzeszowie
Tadeusz Strzyż

**APOSTILLE**
**(Convention de La Haye du 5 octobre 1961)**

1. Państwo / *Country*: **Rzeczpospolita Polska**
   Niniejszy dokument urzędowy / *This public document*
2. podpisany został przez **Tadeusz Strzyż**
   *has been signed by*
3. działającego w charakterze
   *acting in the capacity of* **Prezes**
4. zaopatrzony jest w pieczęć/stempel
   *bears the seal/stamp of* **Prezes Sądu Okręgowego w Rzeszowie**

Poświadczony / *Certified*
5. w / *at* Warszawa    6. dnia / *the* **2020-10-15**
7. przez / *by* Ministerstwo Spraw Zagranicznych
8. Nr / *N°* **40146/2020**
9. Pieczęć/stempel    10. Podpis:
   *Seal/stamp:*         *Signature:* Tomasz Wasilewski
                         Referat ds. Legalizacji
                         DEPARTAMENT KONSULARNY





MARLENA MARTON-KARGUL
Certified Translator and Court Interpreter of English, Reg. No. TP/101/14

CERTIFIED TRANSLATION FROM THE POLISH LANGUAGE

*[A document on two pages, with signature certified by a notary, with notary's stamps]*

## AFFIDAVIT
(DECLARATION MADE UNDER OATH)

I, the undersigned Maria Trwoga, surname at birth Janik (born on 12 February 1983 in Leżajsk) aware of penalty for perjury, hereby declare as follows:

1. I was indicated as the victim of a crime which occurred on 16 May 2001;

2. Perpetrators of the alleged crime, namely Piotr Grabowski and Ireneusz Zagaja were convicted for a crime against sexual freedom;

3. Piotr Grabowski was sentenced by the judgement of the Regional Court in Rzeszów on 3 October 2001 in the case file No II K 54/01;

4. The judgement of conviction regarding Piotr Grabowski was upheld by the Court of Appeal in Rzeszów, in a judgement dated 20 December 2001, case file No II Aka 161/01;

5. My mother Janina Janik suggested that I should notify about the crime allegedly committed by Piotr Grabowski and Ireneusz Zagaja;

6. In fact, the criminal act which was the subject of proceedings before these courts was committed by Ireneusz Zagaja while the participation of Piotr Grabowski in this occurrence was insignificant, and was wrongly assessed by the Regional Court and by the Court of Appeal;

7. During the proceedings before the Regional Court, during my testimony on 7 September 2001 I said the truth, namely that the sexual act with Piotr Grabowski was with my consent. Only the act committed later by Ireneusz Zagaja was against my will and he was rightly convicted for this;

8. I gave my testimony at the police station on 17 May 2001 in part to maintain my dignity in the situation in which I ended. My mother suggested that I should indicated Piotr Grabowski as an accomplice. His family was rich and well known in the town where I lived;

9. I wanted to change my testimony even before the proceedings were instigated by the court. But Lucyna Pełka, the public prosecutor who conducted this case did not allow for this. She misinformed me that I cannot change the testimony made at the police station;

10. Mrs Prosecutor informed me that there is a possibility that she may accuse me of giving false testimony in the presence of a police officer if I change my testimony at a later stage of proceedings.

11. However, during the proceedings before the Court I decided that I must resist external pressure and tell the truth to the court, namely that Piotr Grabowski did not commit the act that he was accused of. Unfortunately, my changed testimony did not bring any effects.

12. When I found out that Piotr Grabowski left for the US, I decided that he is safe now and that he will not have to go to prison unjustifiably, so I did not undertake any further actions to ensure that he is declared innocent.

13. However, now I know that extradition proceedings are pending against Piotr Grabowski and I do not want him to face injustice in Poland.

14. Therefore, I want to stress again and declare again that Piotr Grabowski is not guilty of committing the crimes he was convicted for in judgements issued by the Regional Court in Rzeszów and in the Court of Appeal in Rzeszów;

15. In order to produce this affidavit I hired an independent attorney-at-law Piotr Chmiel, who assisted me in helping Piotr Grabowski in the proceedings pending in the USA.

*[A handwritten signature]* Maria Trwoga

Maria Trwoga

*[On the third page:]*

*[A rectangular stamp:]* KANCELARIA NOTARIALNA (NOTARY'S OFFICE) SŁAWOMIR SZELIGA, NOTARY, 37-300 Leżajsk, pl. Targowy 1, phone No 17 867 42 27, mobile: 694 335 591, tax ID No 816-166-30-75; statistical ID No (REGON): 380678472

Repertory A number 1691/2020

SŁAWOMIR SZELIGA, Notary in his notarial office in Leżajsk, at Plac Targowy 1 (37-300 Leżajsk)

On the second day of October two thousand twenty (02-10-2020) in my notarial office in Leżajsk at Plac Targowy 1, I hereby certify that on this day the document entitled "Affidavit", in my presence, in my notarial office, her handwritten signature was affixed by:

Maria Trwoga, daughter of Józef and Janina, according to her statement residing in Stare Miasto number 329 A (37-300 Leżajsk), holder of an ID card number CHC 522855, valid through 5 April 2028, personal identity number (PESEL) 83021217626,

Whose identity was confirmed by my on the basis of her ID card.

I collected:

1) A notarial fee under Article 13 point 1) b) of the Regulation of the Minister of Justice of 28 June 2004 on the maximum rates of notarial fees (uniform text Journal of Laws of 2020, item 1473) in an amount of PLN 16.26;
2) Tax on goods and services under Article 41 paragraph 1, and Article 146aa paragraph 1 point 1) of the Act on Tax on Goods and Services of 11 March 2004 (uniform text Journal of Laws of 2020, item 106 as amended) in an amount of PLN 3.74.

Total collected amount: PLN 20.00.

*[A round seal with the national emblem of Poland in the centre and an inscription in the rim:]* SŁAWOMIR SZELIGA, NOTARY IN LEŻAJSK *1*

*[A rectangular stamp and signature]* Sławomir Szeliga, Notary

*[A rectangular stamp:]* Legalisation No 225/20, I hereby certify that the signature of Sławomir Szeliga, a notary in Leżajsk, and the official seal of the notary in Leżajsk are true and valid. Stamp duty of 26 PLN was paid. Rzeszów, 8 October 2020.

*[A round seal with the national emblem of Poland in the centre and an inscription in the rim:]* Head of the Regional Court in Rzeszów *2*

*[A rectangular stamp:]* TADEUSZ STRZYŻ, Deputy Head of the Regional Court in Rzeszów *[a signature]*

---

*I, Marlena Marton-Kargul, a certified translator and court interpreter of English, entered into the register of certified translators kept by the Minister of Justice under No. TP/101/14, hereby certify that the above is a true and exact translation of the original document presented to me in the Polish language.*

Otwock, 8 October 2020

File No. 480/2020

Page 2 of 2

**APOSTILLE**
(Convention de La Haye du 5 octobre 1961)

1. Państwo / Country: **Rzeczpospolita Polska**
   Niniejszy dokument urzędowy / This public document
2. podpisany został przez **Marlena Marton-Kargul**
   has been signed by
3. działającego w charakterze
   acting in the capacity of **Tłumacz przysięgły**

4. zaopatrzony jest w pieczęć/stempel
   bears the seal/stamp of **Tłumacz przysięgły języka angielskiego**

Poświadczony / Certified
5. w / at  Warszawa        6. dnia / the  **2020-10-15**
7. przez / by Ministerstwo Spraw Zagranicznych
8. Nr / N° **40147/2020**
9. Pieczęć/stempel        10. Podpis:
   Seal/stamp:                   Signature:
                                 Tomasz Wasilewski
                                 Referat ds. Legalizacji
                                 DEPARTAMENT KONSULARNY