# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In the Matter of the Extradition of | : | 3:20-mc-00068-WIG |
| Piotr Jan Grabowski a/k/a "Walerek" | : | |
| | : | January 29, 2021 |

## **ORDER**

Defendant filed a letter with the court dated January 21, 2021, requesting the assistance of the United States Marshal to facilitate in the transportation of the Defendant to his biometric services appointment on February 2, 2021 at 2:00 P.M. at the United States Citizen and Immigration Service, Port Chester Field Office, 40 S. Main Street, Port Chester, NY 10573.

IT IS HEREBY ORDERED THAT the United States Marshal Service transport Piotr Jan Grabowski, to the United States Citizen and Immigration Service, Hartford Field Office for his biometric services appointment. The date and time of that appointment are to be determined, as counsel for the Defendant need to request a rescheduling of the current appointment in order to facilitate an appointment at the Hartford Field Office. The new date and time shall be provided to the United States Marshal Service as soon as an appointment has been assigned.

Signed and dated at Bridgeport, Connecticut on January 29, 2021.

_____/s/ William I. Garfinkel_____
Honorable William I. Garfinkel
United States District Court